# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHARLES BUDENZ II,<br><br>                Petitioner,<br>  vs.<br>UNITED STATES,<br><br>                Respondent. | CASE NO. 07CV827-LAB<br>[Related Case 05CR1863-LAB]<br><br>**ORDER GRANTING MOTION TO WITHDRAW PETITION** |

On May 7, 2007, Petitioner filed his petition to correct his sentence, pursuant to 28 U.S.C. § 2255. Petitioner said he had been advised that if his sentence were increased by one day, he would be eligible for an earlier release. On May 24, 2007, Petitioner sent a communication to the Court, which the Court construes as a motion to withdraw the petition ("Motion"). The Motion mentions that Petitioner will be released shortly, and that he therefore no longer wishes to pursue his petition. Respondent has not yet appeared in case number 07CV827. For good cause shown, the Motion is **GRANTED**, and the petition is deemed **WITHDRAWN**. The Clerk is directed to close the docket in this matter.

**IT IS SO ORDERED**.

DATED: June 1, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge